67 F.3d 291
 James C. Miller, Jr.
v.
Louis Nickolopoulos, Chairman, N.J. State Parole Bd.
Trenton, New Jersey, Arthur C. Jones, Associate Member
(SPB), Luis H. Garcia, Garry R. Feltus, Chief Revocation
Hearing Officer, William H. Fauver, Director (DOC), Robert
E. Stephens, Supt. (NSP), Sally S. Scheidemantel, Supt.
(ADTC), Charles Fowler, Garry Hilton
 NO. 95-5168
 United States Court of Appeals,
Third Circuit.
 Sept 25, 1995
 
 Appeal From: D.N.J., No. 91-01621,
 ,Ackerman, J.
 
 
 1
 AFFIRMED.